**SULAIMAN LAW GROUP, LTD.**
Nathan C. Volheim (Admitted Pro Hac Vice)
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
Telephone: 630-568-3056
Facsimile: 630-581-8188
E-Mail: nvolheim@sulaimanlaw.com
*Attorney for the Plaintiff*

**WAJDA LAW GROUP, APC**
Nicholas M. Wajda
11400 West Olympic Boulevard, Suite 200M
Los Angeles, California 90064
Telephone: (310) 997-0471
Facsimile: (866) 286-8433
*Attorney for the Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUDITH A. MARTINEZ, | Case No. **C 3:18-cv-07741-EMC** |
| Plaintiff, | ~~**PROPOSED**~~ **ORDER** |
| v. | |
| DIVERSIFIED ADJUSTMENT SERVICES, INC., | |
| Defendant. | |

<u>~~PROPOSED~~ ORDER ON UNOPPOSED  MOTION TO APPEAR TELEPHONICALLY ATTHE INITIAL CASE MANAGEMENT CONFERENCE</u>

Plaintiff, JUDITH A. MARTINEZ ("Plaintiff"), by and through her attorneys, Sulaiman Law Group, Ltd. and Wajda Law Group, APC, having filed with this Court her Motion to Appear Telephonically at the Initial Case Management Conference and the Court having reviewed same, now finds:

1. Plaintiff's counsel is allowed to appear telephonically at the Initial Case Management Conference scheduled for April 3, 2019.

1

2. Counsel shall make arrangements to appear through Court Call.

Dated: March 28, 2019

_____
EDWARD M. CHEN
United States District Judge

2